Elzie BRACKMAN, et al.,
Plaintiffs-Appellants,

v.

Jack G. HEUERMANN, et al.,
Defendants-Respondents.

No. 50875.

Missouri Court of Appeals,
Eastern District,
Division Nine.

Aug. 26, 1986.

Robert P. Baine, Jr., Clayton, for plaintiffs-appellants.

David V. Collignon, Clayton, for defendants-respondents.

ORDER

PER CURIAM:

Plaintiffs appeal from an order denying the injunctive relief sought in their petition, but granting them alternate relief and $500 damages. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).